

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:             01-19-00473-CV

Trial Court Cause
Number:                   816,898

Style:                    Jimmie S. Sellers

                          **v** Mary Crowe

Date motion filed*:       January 17, 2020

Type of motion:           Extension of Time to File Appellant's Brief

Party filing motion:      Appellant

Document to be filed:     Appellant's Brief

Is appeal accelerated? ☐ Yes    ☑ No

If motion to extend time:
    Original due date:                            December 30, 2019
    Number of previous extensions granted:        2
    Date Requested:                               January 30, 2020

Ordered that motion is:

    ☑  Granted

        If document is to be filed, document due: **January 30**

        ☑ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    Given the extraordinary health concerns and the lack of opposition from appellee, the Court grants
    this extension until January 30, 2020, with no further to be granted absent a showing of exceptional
    circumstances.

Judge's signature: /s/ Peter Kelly
        ☑ Acting individually    ☐ Acting for the Court

Date: January 23, 2020